## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK
## BUFFALO DIVISION

STATE FARM LIFE AND ACCIDENT
ASSURANCE COMPANY,

    Plaintiff,

vs.

BETHANY J. BEIERSDORF a/k/a
BETHANY J. HOBIN, and
ZACHARY BEIERSDORF,

    Defendants.

CASE NO.   1:22-cv-00611-LJV



### ORDER FOR RELIEF IN INTERPLEADER

Upon Joint Motion for Relief in Interpleader, and the Court having considered the application of counsel, and for good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

(1) State Farm Life and Accident Assurance Company ("State Farm") shall distribute to the Clerk of Court a check equal to the sum of $99,992.54 ("Death Benefit"), representing the life insurance proceeds due as result of the death of Thomas J. Beiersdorf, Jr. (the "Insured") pursuant to individual life insurance policy number AS-0159-3690 (the "Policy"), which was issued by State Farm to the Insured, plus applicable interest (together, the "Interpleader Funds");

(2) The Clerk of Court shall deposit the Interpleader Funds into an interest-bearing account pending further direction from the Court;

(3) Upon deposit of the Interpleader Funds, State Farm shall be discharged of all liability in connection with the Death Benefit, the Interpleader Funds, and otherwise in connection

with the Policy and all claims, rights, interests and actions that Defendants might otherwise have held against State Farm and its present and former agents, parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Death Benefit and/or the Policy are hereby released;

(4)   The Defendants are hereby permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum against State Farm, arising out of or in connection relating to the Death Benefit or otherwise in connection with the Policy; and

(5)   State Farm shall be, and hereby is, dismissed from this action with prejudice, without fees or costs to any party.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

IT IS SO ORDERED this 21st day of December, 2022.

_____
United States District Judge