Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

BETHANY J. HOBIN

   v.

ZACHARY BEIERSDORF

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-611

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Zachary's motion for summary judgment, Docket Item 24, is granted, and Bethany's motion for summary judgment, Docket Item 25, is Denied. The Clerk of the Court shall disburse the death benefits to Zachary and close this case.

Date: February 27, 2024

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Colin J.
    Deputy Clerk