UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| BETHANY J. HOBIN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 1:22-cv-00611-LJV |
| | * |
| ZACHARY BEIERSDORF, | * |
| | * |
| Defendant. | * |
| | * |

### NOTICE OF MOTION FOR INTERPLEADER DISBURSEMENT

Please take notice that Defendant Zachary Beiersdorf ("Beiersdorf"), through undersigned counsel, hereby moves for interpleader disbursement pursuant to Rule 67 of the Federal Rules of Civil Procedure, at a date and time to be set by the Court at the United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, before the Honorable Lawrence Vilardo, United States District Judge, in furtherance of the Court's Order (ECF No. 32) directing the Clerk of Court to disburse the interpleaded funds to Beiersdorf. Beiersdorf does not request oral argument on this motion, and no memorandum of law is being submitted.

After consultation with the Finance Department, it was determined that a separate Order of Interpleader Disbursement is necessary to issue payment of the interpleaded funds. Accordingly, a proposed Order of Interpleader Disbursement is submitted herewith that includes the name of the payee and mailing instructions for the Clerk of Court.

<u>Prayer for Relief</u>

WHEREFORE, Defendant Zachary Beiersdorf prays that his Motion be granted, which will permit disbursement of the interpleaded funds.

DATED this 8th day of March, 2023.

                Respectfully submitted,

                */s/ Michael J. Hoover*
                Michael J. Hoover (Lead Attorney)
                LA Bar No. 35497
                Interpleader Law, LLC
                5800 One Perkins Place Dr., Suite 2A
                Baton Rouge, LA 70808
                Phone: (225) 246-8706
                Fax: (888) 200-3530
                Email: michael.hoover@interpleaderlaw.com
                *Attorney for Defendant Zachary Beiersdorf*

## CERTIFICATE OF SERVICE

☒ I hereby certify that on March 8, 2024, I electronically transmitted the foregoing and any attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

      */s/ Michael J. Hoover*
      Michael J. Hoover