

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| | |
|---|---|
| BETHANY J. HOBIN, | * |
| Plaintiff, | * |
| v. | * Case No. 1:22-cv-00611-LJV |
| ZACHARY BEIERSDORF, | * |
| Defendant. | * |

## ORDER OF INTERPLEADER DISBURSEMENT

On the Motion for Interpleader Disbursement filed by Defendant Zachary Beiersdorf, the Court orders as follows:

From the deposited funds in this matter, Zachary Beiersdorf is entitled to and the Clerk shall disburse to him One Hundred Two Thousand Eight Hundred Twenty-Six Dollars and Seventy-Five Cents ($102,826.75), plus One Hundred Percent (100%) of any accumulated interest after any assessed fees, if applicable, payable to: "Interpleader Law, LLC IOLTA" and mailed to: Interpleader Law, LLC, 5800 One Perkins Place Dr., Suite 2A, Baton Rouge, LA 70808.

IT IS SO ORDERED.

Dated: _March 12_, 2024.
Buffalo, New York.

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE